UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
WILLIE MILLER,  :
          Plaintiff,  :
                          :
      -against-  :    **<u>VERDICT SHEET</u>**
                          :
P.O. TIMOTHY TERRILLION,  :    16-CV-52 (ENV) (RLM)
                          :
          Defendant.  :
-------------------------------------------------x

**WE, THE JURY, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:**

I.    **DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT FALSELY ARRESTED HIM ON AUGUST 22, 2015?**

1


EXHIBIT 2A

YES _____                    NO _____

IF YOU ANSWERED "YES" TO QUESTION I, THEN PLEASE PROCEED TO QUESTION II.

IF YOU ANSWERED "NO" TO QUESTION I, YOUR DELIBERATIONS ARE FINISHED. SIGN AND DATE THE VERDICT SHEET AND REPORT YOUR VERDICT TO THE COURT.

II.   DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT HE SUFFERED ACTUAL COMPENSATORY DAMAGES AS A RESULT OF BEING FALSELY ARRESTED?

YES _____                    NO _____

IF YOU ANSWERED "YES" TO QUESTION II, STATE THE DOLLAR AMOUNT OF ANY ACTUAL COMPENSATORY DAMAGES PLAINTIFF HAS PROVED, THEN PLEASE PROCEED TO QUESTION III.

$_____

IF YOU ANSWERED "NO" TO QUESTION II, STATE A DOLLAR AMOUNT OF $1.00 IN NOMINAL DAMAGES, TO BE AWARDED TO PLAINTIFF, THEN PLEASE PROCEED TO QUESTION III.

$_____

III. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT HE IS ENTITLED TO PUNITIVE DAMAGES?

YES _____          NO _____

**IF YOU ANSWERED "YES" TO QUESTION III, STATE THE AMOUNT OF PUNITIVE DAMAGES, THEN SIGN AND DATE THE VERDICT SHEET AND REPORT YOUR VERDICT TO THE COURT.**

$_____

**IF YOU ANSWERED "NO" TO QUESTION III, YOUR DELIBERATIONS ARE FINISHED.  SIGN AND DATE THE VERDICT SHEET AND REPORT YOUR VERDICT TO THE COURT.**

_____          _____

**FOREPERSON'S SIGNATURE**                              **DATE**